CINCINNATI BAR ASSOCIATION *v.* HARVEY.

[Cite as *Cincinnati Bar Assn. v. Harvey* (1997), 79 Ohio St.3d 389.]

(No. 97–811—Submitted June 11, 1997—Decided September 24, 1997.)

*Peter Rosenwald* and *Barbara K. Barden,* for relator.

*Per Curiam.* We adopt the findings and conclusions of the board. An attorney's failure to perform legal services for which he has been engaged and then lying to a client about the status of the case has warranted suspension. *Dayton Bar Assn. v. Andrews* (1997), 79 Ohio St.3d 109, 679 N.E.2d 1093; *Disciplinary Counsel v. Crowley* (1996), 76 Ohio St.3d 365, 667 N.E.2d 1183; *Disciplinary Counsel v. Trumbo* (1996), 76 Ohio St.3d 369, 667 N.E.2d 1186. In this case respondent compounded his neglect of a client by lying and attempting to mislead relator in its investigation. Unlike *Andrews, Crowley,* and *Trumbo,* we find no mitigating circumstances here. We hereby indefinitely suspend respondent from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.